**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WELDON H. SANDUSKY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **3:09-CV-1626-N** |
| | § | |
| **CIGNA HEALTHCARE, et al.,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING SUPPLEMENTAL FINDINGS, CONCLUSIONS**
**AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge filed Supplemental Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Supplemental Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Supplemental Findings, Conclusions and Recommendation of the United States Magistrate Judge, DENIES as moot Plaintiff's motion for reconsideration (Doc. # 10), and ORDERS that within twenty-one (21) days of the date of this order, Plaintiff will file a second amended complaint which alleges only claims for relief in his own personal behalf.

SO ORDERED.

Signed December 14, 2009.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE